THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN P. MOORE, Defendant-Appellant.

(No. 72-316;

Fifth District—December 19, 1973.

PER CURIAM.

Robert E. Farrell, Deputy Defender, of Mt. Vernon, for appellant.

Robert Emmett Murphy, State's Attorney, of Waterloo, for the People.

DOROTHY L. STECHER, Plaintiff-Appellee. *v.* ROLAND G. STECHER, Defendant-Appellant.

(No. 73-69;

Fifth District—December 27, 1973.